# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

ALEX BRADLEY, )
)
       **Plaintiff,** )
)
v. ) Case No.: 5:16-cv-00488-TJM-TWD
)
PMAB, LLC )
)
       **Defendant.** )

## STIPULATION TO DISMISS

TO THE CLERK:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee an no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party. The Clerk of Court is respectfully asked to terminate this action.

/s/ *David G. Peltan*
David G. Peltan, Esq.
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
Phone: 716-655-3887
Email: davidpeltan@peltanlaw.com
Attorney for the Defendant

Date: November 21, 2016

/s/ *Craig Thor Kimmel*
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: November 21, 2016

BY THE COURT: 11/23/16

_____ J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 21st day of November, 2016:

David G. Peltan, Esq.
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
Phone:716-655-3887
Email:davidpeltan@peltanlaw.com

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff